EDWARD STAFFORD, Appellant, *v.* MARY R. WASHBURN et al., Respondents, Impleaded with Others.

*Stafford* v. *Washburn,* 145 App. Div. 784, reversed.
(Argued January 22, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 16, 1911, upon an order which reversed an interlocutory judgment of Special Term construing the will of Thomas W. McLeay, deceased, and directed judgment in favor of defendants.

*Norvin R. Lindheim* and *Arthur Garfield Hays* for appellant.

*Jacob Halstead, William T. Washburn* and *Manfred W. Ehrich* for respondents.

Judgment of Appellate Division reversed and interlocutory judgment of Special Term affirmed, with costs in both courts, on dissenting opinion of LAUGHLIN, J., below.

Concur: CULLEN, Ch. J., HISCOCK, COLLIN and CUDDEBACK, JJ. Dissenting on prevailing opinion below: GRAY and WERNER, JJ. Not sitting: MILLER, J.